**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASMIN AUREA MARCIAL.

                         Plaintiff,
     -against-                                             20 **CIVIL** 6170 (ALC)

                                                                   **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Plaintiff's motion is DENIED, and Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2022

                                                                         RUBY J. KRAJICK

                                                                         Clerk of Court
                                   **BY:**

                                                                          Deputy Clerk